U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 1 1 2005

ROBERT H. SHEMWELL, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **TERRENCE ALLEN LEE** | **CIVIL ACTION NO. 05-730-P** |
| **VERSUS** | **JUDGE HICKS** |
| **WARDEN OF CADDO CORRECTIONAL CENTER** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Petitioner, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 8th day of July 2005.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE